No. 03–9007.  JETER v. BARNHART, COMMISSIONER OF SOCIAL SECURITY.  C. A. 9th Cir.  Certiorari denied.

No. 03–9016.  EVANS v. MCDANIEL, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–9018.  HELMS v. MARYLAND.  Cir. Ct. Allegany County, Md.  Certiorari denied.

No. 03–9037.  LAUSHAW v. KELLY, SUPERINTENDENT, CENTRAL MISSISSIPPI CORRECTIONAL FACILITY.  C. A. 5th Cir.  Certiorari denied.

No. 03–9045.  GALLOWAY v. HOWES, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 03–9050.  LAYTON v. PAINTER, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 03–9062.  GRAHAM v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 03–9067.  GARCIA v. TAYLOR, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 03–9069.  HEMINGWAY v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 03–9075.  SAMPLE v. CHESNEY, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT RETREAT, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 03–9081.  MILES v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 03–9090.  HARTEY v. PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 03–9092.  TOLENTINO v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir.  Certiorari denied.

No. 03–9096.  HOWARD v. ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.